# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDERWATER KINETICS LLP, a California Limited Liability Partnership; ALAN K. UKE, an individual,<br><br>                                Plaintiffs,<br><br>v.<br><br>THE HANOVER AMERICAN INSURANCE COMPANY, a New Hampshire Corporation; and Does 1 through 20,<br><br>                                Defendants. | Case No.: 3:19-cv-01218-H-LL<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND EXPERT DISCOVERY DEADLINE**<br><br>[Doc. No. 63.] |

On March 2, 2021, the parties filed a joint motion to continue the deadline for expert discovery. (Doc. No. 63.) For good cause shown, the Court grants the joint motion. The parties may complete expert discovery by **Monday, March 22, 2021**. The other deadlines in the Court's scheduling order, (Doc. No. 54), remain the same.

     **IT IS SO ORDERED.**

DATED: March 3, 2021

*/s/ Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT