UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDERWATER KINETICS LLP, a California Limited Liability Partnership; ALAN K. UKE, an individual,<br><br>                              Plaintiffs,<br><br>v.<br><br>THE HANOVER AMERICAN INSURANCE COMPANY, a New Hampshire Corporation; and DOES 1 through 20,<br><br>                              Defendants. | Case No.: 3:19-cv-01218-H-LL<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 82.] |

On April 7, 2021, Plaintiffs Underwater Kinetics LLP and Alan K. Uke and Defendant The Hanover American Insurance Company filed a joint motion to dismiss the action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41. (Doc. No. 82.) For good cause shown, the Court grants the joint motion to dismiss. The Court dismisses the action in its entirety with prejudice. Each party shall bear their own respective costs of suit. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: April 12, 2021

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT